**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7443**

JOHN D. STRASSINI,

Plaintiff - Appellant,

versus

2 UNNAMED CAPTAINS; SEVERAL SERGEANTS;
D.A.R.T.; DETENTION OFFICERS, of Mecklenburg
County Sheriff's Department, Jail Division;
CAPTAIN COLLINGS; CAPTAIN THOMAS, C. H.
HARRISON, Sergeant,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Richard L. Voorhees,
District Judge.  (CA-00-238-3)

Submitted:  April 24, 2003                Decided:  May 1, 2003

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John D. Strassini, Appellant Pro Se.  Scott Douglas MacLatchie,
WOMBLE, CARLYLE, SANDRIDGE & RICE, Charlotte, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John D. Strassini appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Strassini v. Two Unnamed Captains</u>, No. CA-00-238-3 (W.D.N.C. Sept. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>